RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 4/9/08
GB

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| FARMERS MERCHANTS BANK & TRUST CO. | * | CIVIL ACTION NO. 07-1543 |
| VERSUS | * | JUDGE HAIK |
| DAVID SAMPY, ET AL | * | MAGISTRATE JUDGE HILL |

### JUDGMENT

The motion to remand [rec. doc. 9] was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, including the objections filed herein, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS ORDERED, ADJUDGED AND DECREED** that the motion to remand is **GRANTED**, and this action is hereby **REMANDED** to the 16th Judicial District Court, Parish of Iberia, State of Louisiana.

Lafayette, Louisiana, this 4th day of April, 2008.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE



# United States District Court
OFFICE OF THE CLERK
## Western District of Louisiana

April 9, 2008

*800 Lafayette Street, Suite 2100*
*Lafayette, LA 70501*
*1-866-323-1101*

*300 Fannin Street, Suite 1167*
*Shreveport, LA 71101-3083*
*1-866-323-1101*

Clerk of Court
16th Judicial District Court
Iberia Parish Courthouse
P.O Drawer 12010
New Iberia, LA 12010

    In re:  Civil Action No. 07-1543
            Your Case No. 107,017-G
            FARMERS MERCHANTS BANK & TRUST CO vs. DAVID SAMPY, ET AL

Dear Sir:

    Please be advised that the above captioned matter has been remanded to your Court. We enclose herewith certified copies of our docket entries and the Judgment or Order to Remand.

    The official court record for the Western District of Louisiana is the electronic case filing system, CM/ECF. Our website is https://ecf.lawd.uscourts.gov; counsel may access this database to obtain any pleadings you require. Below is a list of manual filings, exhibits, and/or sealed documents, that, due to system limitations or local administrative procedures, require manual transmission:

Response to Removal Order # 16

    Please acknowledge receipt on the enclosed copy of this letter.

    For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

    THUS DONE April 9, 2008.

                                ROBERT H. SHEMWELL
                                CLERK OF COURT

gb

Enclosures